1 | **JOHN C. ELLIS, JR.**
California Bar No. 228083
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California  92101-5008
Telephone:  (619) 234-8467
4 | john_ellis@fd.org

5 | Attorneys for Ms. Ponce

6 |

7 |

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE JEFFREY T. MILLER)**

11 | UNITED STATES OF AMERICA,                    )        Criminal No. 08CR0621-JM
                                                                      )
12 |               Plaintiff,                              )        **ACKNOWLEDGMENT**
                                                                      )        **OF NEXT COURT DATE**
13 | v.                                                            )
                                                                      )
14 | **DEBBIE PONCE,**                                )
                                                                      )
15 |               Defendant.                            )
                                                                      )

16 |

17 |          I, Debbie Ponce, the defendant named in the above-captioned case, hereby acknowledge that

18 | the next court date in this matter is as follows:

19 |          August 22, 2008 at 9:00 a.m. for sentencing.

20 |          I further acknowledge that this court appearance is to take place before the Honorable Jeffrey

21 | T. Miller, United States District Court, Southern District of California at San Diego, California and that I am

22 | ordered to appear in accordance with the conditions of my pretrial release.

23 |          I declare that the foregoing is true and correct.

24 |

25 | Dated:  6/9/08                                              *Debbie Ponce*
                                                                      **DEBBIE PONCE**

26 |

27 |

28 |

H:\MLB\JCE\Ack.wpd