UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>       Plaintiff,  )<br>  )<br>v.  )<br>  )<br>DEBBIE PONCE,  )<br>  )<br>       Defendants.  )<br>_____ ) | Case No. 08cr0621-JM<br><br><br>CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Acknowledgment of Next Court Date has been electronically served this day upon:

    Carlos Cantu, Assistant United States Attorney
    880 Front Street
    San Diego, CA  92101

Dated: June 9, 2008                                          */s/ John C. Ellis, Jr.*
                                                                      JOHN C. ELLIS, JR.
                                                                      Federal Defenders
                                                                       225 Broadway, Suite 900
                                                                       San Diego, CA 92101-5030
                                                                       (619) 234-8467  (tel)
                                                                       (619) 687-2666  (fax)
                                                                       E-mail: john_ellis@fd.org