1  JOHN C. ELLIS, JR.
   California Bar No. 228083
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  john_ellis@fd.org

5  Attorneys for Ms. Ponce

6

7

8                      UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                   (HONORABLE JEFFREY T. MILLER)

11  UNITED STATES OF AMERICA,          )   Criminal No. 08CR0621-JM
                                        )
12                Plaintiff,            )   ACKNOWLEDGMENT
                                        )   OF NEXT COURT DATE
13  v.                                  )
                                        )
14  DEBBIE PONCE,                       )
                                        )
15                Defendant.            )
                                        )
16  _____

17        I, Debbie Ponce, the defendant named in the above-captioned case, hereby acknowledge that

18  the next court date in this matter is as follows:

19        September 12, 2008 at 9:00 a.m. for sentencing.

20        I further acknowledge that this court appearance is to take place before the Honorable Jeffrey

21  T. Miller, United States District Court, Southern District of California at San Diego, California and that I am

22  ordered to appear in accordance with the conditions of my pretrial release.

23        I declare that the foregoing is true and correct.

24

25  Dated: ___8/25/08___            _____
                                         DEBBIE PONCE
26

27

28

H:\ML\PONCE\Ack.wpd